UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: KLINE, JENNIFER A | § Case No. 11-80111 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 08/31/2011 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 07/20/2011         By: /s/JOSEPH D. OLSEN_____
                                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KLINE, JENNIFER A | § | Case No. 11-80111 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $          6,000.18

*and approved disbursements of*               $              4.94

*leaving a balance on hand of* [1]             $          5,995.24

**Balance on hand:**                          $          5,995.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                       $      5,995.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.02 | 0.00 | 1,350.02 |
| Trustee, Expenses - JOSEPH D. OLSEN | 61.72 | 0.00 | 61.72 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 962.50 | 0.00 | 962.50 |

Total to be paid for chapter 7 administration expenses:   $      2,374.24
Remaining balance:                                        $      3,621.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $    0.00
    Remaining balance: $    3,621.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $    0.00
    Remaining balance: $    3,621.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,029.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 3,870.40 | 0.00 | 368.53 |
| 3 | Commerce Bank | 5,721.19 | 0.00 | 544.74 |
| 4 | Chase Bank USA, N.A. | 12,051.10 | 0.00 | 1,147.45 |
| 5 | DeKalb Clinic | 749.06 | 0.00 | 71.32 |
| 6 | FIA Card Services, NA/Bank of America | 15,637.87 | 0.00 | 1,488.96 |

    Total to be paid for timely general unsecured claims: $    3,621.00
    Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-80111-MB
Jennifer A Kline  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 2     Date Rcvd: Jul 28, 2011
                    Form ID: pdf006     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2011.

```
db         +Jennifer A Kline,    130 E. Maplewood Dr.,    Sycamore, IL 60178-1156
aty        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
aty        +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16898160   +Ally Financial Inc F/K/A GMAC Inc,    PO Box 130424,    Roseville, MN 55113-0004
16663295    Aspire Card Services,    PO Box 105555,    Atlanta, GA 30348-5555
16663296    Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
16663297    Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
16663298   +Castle Bank NA,    141 W. Lincoln Highway,    DeKalb, IL 60115-3699
17031776    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16663299    Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
16663301    Commerce Bank,    PO Box 806000,    Kansas City, MO 64180-6000
16663302    Credit One Bank,    PO Box 98873,    Las Vegas, NV 89193-8873
16663303    DeKalb Clinic,    1850 Gateway Drive,    Dekalb, IL 60178-3192
16663306    Disney Rewards,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
16663307   +First Premier,    PO Box 5524,    Sioux Falls, SD 57117-5524
16663309    Foroutan & Associates, LLC,    PO Box 809319,    Chicago, IL 60680-9319
16663312    GMAC Financial Services,    PO Box 9001951,    Louisville, KY 40290-1951
16663314    HSBC Card Services,    PO Box 60102,    City of Industry, CA 91716-0102
16663315    HSBC Retail Services - Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
16663313    Health Guard Medical Network,    1205 Oak Street,    North Aurora, IL 60542-2006
16663316   +James Kline,    326 Chautauqua,    Sycamore, IL 60178-3042
16663317   +Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Ct., Ste A,    Sycamore, IL 60178-3140
16663319   +Pierce & Associates,    Thirteenth Floor,    1 North Dearborn,    Chicago, IL 60602-4331
16663320    RRCA,    201 S. 3rd Street,    Sterling, IL 61081-3611
16663321    Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
16712816   +Wells Fargo Bank NA,    Andrew J Nelson,    1 North Dearborn Suite 1300,    Chicago IL 60602-4321
16663322    Wells Fargo Home Mortgage,    PO Box,    Des Moines, IA 50306-0368
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17011236    E-mail/Text: bankruptcy@commercebank.com Jul 28 2011 23:09:46     Commerce Bank,    P O BOX 419248,
             KCREC-10,    Kansas City, MO 64141-6248
16663305    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2011 23:56:24     Discover Card,    PO Box 30943,
             Salt Lake City, UT 84130
16663304    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2011 23:56:24     Discover,    PO Box 6103,
             Carol Stream, IL 60197-6103
16950847    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 28 2011 23:56:24     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17374270    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2011 23:56:07
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16663318    E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2011 02:16:46     Paypal Buyer Credit,
             PO Box 981064,    El Paso, TX 79998-1064
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16663300*   +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
16663308*   +First Premier,    PO Box 5524,    Sioux Falls, SD 57117-5524
16663310*    Foroutan & Associates, LLC,    PO Box 809319,    Chicago, IL 60680-9319
16663311*    Foroutan & Associates, LLC,    PO Box 809319,    Chicago, IL 60680-9319
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: lorsmith           Page 2 of 2            Date Rcvd: Jul 28, 2011
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2011**                     **Signature:**      /s/ Joseph Speetjens