**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KLINE, JENNIFER A § Case No. 11-80111
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $190,100.00 *(without deducting any secured claims)* | Assets Exempt: $14,700.00 |
| Total Distribution to Claimants: $3,621.00 | Claims Discharged Without Payment: $91,738.19 |
| Total Expenses of Administration: $2,379.18 | |

3) Total gross receipts of $ 6,000.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.18 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $300,444.51 | $38,494.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,379.18 | 2,379.18 | 2,379.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,582.25 | 38,029.62 | 38,029.62 | 3,621.00 |
| **TOTAL DISBURSEMENTS** | $368,026.76 | $78,903.13 | $40,408.80 | $6,000.18 |

    4) This case was originally filed under Chapter 7 on January 12, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2011             By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Toyota Sienna 54,600 miles | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.18 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ally Financial Inc F/K/A GMAC Inc | 4110-000 | N/A | 38,494.33 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage PO Box | 4110-000 | 258,602.73 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Financial Services | 4110-000 | 41,841.78 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$300,444.51** | **$38,494.33** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,350.02 | 1,350.02 | 1,350.02 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 61.72 | 61.72 | 61.72 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | | N/A | 962.50 | 962.50 | 962.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 4.94 | 4.94 | 4.94 |
| The Bank of New York Mellon | 2600-000 | | N/A | 4.52 | 4.52 | 4.52 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | -4.52 | -4.52 | -4.52 |
| The Bank of New York Mellon | 2600-000 | | N/A | -25.00 | -25.00 | -25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 2,379.18 | 2,379.18 | 2,379.18 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | 3,848.23 | 3,870.40 | 3,870.40 | 368.53 |
| 3 | Commerce Bank | 7100-000 | 5,693.11 | 5,721.19 | 5,721.19 | 544.74 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 12,051.10 | 12,051.10 | 1,147.45 |
| 5 | DeKalb Clinic | 7100-000 | 711.34 | 749.06 | 749.06 | 71.32 |
| 6 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 15,637.87 | 15,637.87 | 1,488.96 |
| NOTFILED | Klein Stoddard Buck Waller & Lewis | 7100-000 | 2,177.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Foroutan & Associates, LLC | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier | 7100-000 | 327.43 | N/A | N/A | 0.00 |
| NOTFILED | Foroutan & Associates, LLC | 7100-000 | 244.80 | N/A | N/A | 0.00 |
| NOTFILED | First Premier | 7100-000 | 207.49 | N/A | N/A | 0.00 |
| NOTFILED | Foroutan & Associates, LLC | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Disney Rewards Cardmember Services | 7100-000 | 11,892.28 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Card | 7100-000 | 11,451.23 | N/A | N/A | 0.00 |
| NOTFILED | Paypal Buyer Credit | 7100-000 | 1,190.28 | N/A | N/A | 0.00 |
| NOTFILED | Health Guard Medical Network | 7100-000 | 381.47 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services - Best Buy | 7100-000 | 2,799.48 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank NA | 7100-000 | 787.38 | N/A | N/A | 0.00 |
| NOTFILED | Discover Card | 7100-000 | 1,365.83 | N/A | N/A | 0.00 |
| NOTFILED | Aspire Card Services | 7100-000 | 529.49 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 4,738.07 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 2,376.93 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 547.84 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 672.71 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 15,449.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 67,582.25 | 38,029.62 | 38,029.62 | 3,621.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80111  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** KLINE, JENNIFER A  **Filed (f) or Converted (c):** 01/12/11 (f)
 **§341(a) Meeting Date:** 02/17/11
**Period Ending:** 12/19/11  **Claims Bar Date:** 06/08/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 326 Chautauqua, Sycamore, IL 60178 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account Castle Bank | 700.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account (joint account with father) Cast | 600.00 | 0.00 | DA | 0.00 | FA |
| 4 | Used | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Used | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | TRS | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Roth IRA | 5,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2007 Toyota Sienna 54,600 miles | 13,500.00 | 800.00 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.18 | FA |
| 10 | Assets  Totals (Excluding unknown values) | **$203,600.00** | **$800.00** | | **$6,000.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  June 30, 2011  **Current Projected Date Of Final Report (TFR):**  July 21, 2011 (Actual)

Printed: 12/19/2011 09:44 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-80111  
**Case Name:** KLINE, JENNIFER A

**Taxpayer ID #:** **-***0571  
**Period Ending:** 12/19/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/11 | {9} | William B. Miles | equity in vehicle | 1129-000 | 6,000.00 | | 6,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.12 |
| 06/01/11 | | To Account #9200******2466 | pay bond premium | 9999-000 | | 4.94 | 5,995.18 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,995.22 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,995.24 |
| 07/18/11 | | To Account #9200******2466 | Prep. F. Rpt | 9999-000 | | 5,995.24 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 6,000.18 | 6,000.18 | $0.00 |
| Less: Bank Transfers | 0.00 | 6,000.18 | |
| **Subtotal** | 6,000.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,000.18** | **$0.00** | |

{} Asset reference(s)

Printed: 12/19/2011 09:44 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80111  
**Case Name:** KLINE, JENNIFER A  
**Taxpayer ID #:** **-***0571  
**Period Ending:** 12/19/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/11 | | From Account #9200******2465 | pay bond premium | 9999-000 | 4.94 | | 4.94 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-80111, BOND #016018067 | 2300-000 | | 4.94 | 0.00 |
| 07/18/11 | | From Account #9200******2465 | Prep. F. Rpt | 9999-000 | 5,995.24 | | 5,995.24 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.52 | 5,990.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,965.72 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,940.72 |
| 10/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.52 | 5,945.24 |
| 10/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 5,970.24 |
| 10/11/11 | | The Bank of New York Mellon | Service fee credit | 2600-000 | | -25.00 | 5,995.24 |
| 10/20/11 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $962.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 962.50 | 5,032.74 |
| 10/20/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,350.02, Trustee Compensation; Reference: | 2100-000 | | 1,350.02 | 3,682.72 |
| 10/20/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $61.72, Trustee Expenses; Reference: | 2200-000 | | 61.72 | 3,621.00 |
| 10/20/11 | 105 | Discover Bank | Dividend paid 9.52% on $3,870.40; Claim# 2; Filed: $3,870.40; Reference: | 7100-000 | | 368.53 | 3,252.47 |
| 10/20/11 | 106 | Commerce Bank | Dividend paid 9.52% on $5,721.19; Claim# 3; Filed: $5,721.19; Reference: | 7100-000 | | 544.74 | 2,707.73 |
| 10/20/11 | 107 | Chase Bank USA, N.A. | Dividend paid 9.52% on $12,051.10; Claim# 4; Filed: $12,051.10; Reference: | 7100-000 | | 1,147.45 | 1,560.28 |
| 10/20/11 | 108 | DeKalb Clinic | Dividend paid 9.52% on $749.06; Claim# 5; Filed: $749.06; Reference: | 7100-000 | | 71.32 | 1,488.96 |
| 10/20/11 | 109 | FIA Card Services, NA/Bank of America | Dividend paid 9.52% on $15,637.87; Claim# 6; Filed: $15,637.87; Reference: | 7100-000 | | 1,488.96 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 6,000.18 | 6,000.18 | $0.00 |
| Less: Bank Transfers | 6,000.18 | 0.00 | |
| Subtotal | 0.00 | 6,000.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6,000.18 | |

{} Asset reference(s)    Printed: 12/19/2011 09:44 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-80111  
**Case Name:** KLINE, JENNIFER A  

**Taxpayer ID #:** **-***0571  
**Period Ending:** 12/19/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :    6,000.18  
Net Estate :    $6,000.18  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******24-65 | 6,000.18 | 0.00 | 0.00 |
| Checking # 9200-******24-66 | 0.00 | 6,000.18 | 0.00 |
| | $6,000.18 | $6,000.18 | $0.00 |

{} Asset reference(s)   Printed: 12/19/2011 09:44 AM   V.12.57